**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 24-cr-40044-TC |
|---|---|
| Plaintiff, | AUSA: Stephen Hunting |
| | Defendant: Christopher Joseph |

v.

**LESTER RANDALL,**
        Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | January 13, 2025 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:02 p.m. |
| INTERPRETER: | _____ | PROBATION: | Brett Boatwright |

## PROCEEDINGS

| ☒ **Initial Appearance – 4 min.** | ☐ Initial Revocation Hearing – min. | ☐ Bond Hearing – min. |
|---|---|---|
| ☒ **Arraignment – 2 min.** | ☐ Initial Rule 5(c)(3) – min. | ☐ Bond Revocation Hearing – min. |
| ☐ Detention Hearing – min. | ☐ Preliminary Hearing – min. | ☐ Status Conference – min. |

| ☐ Defendant sworn | ☐ Examined re: financial status | ☐ Counsel appointed |
|---|---|---|

☒ **Constitutional Rights Explained**
☒ **Charges and penalties explained to defendant**     ☒ **Felony**     ☐ Misdemeanor
☒ **Advised of Due Process Protections Act**
☒ **Waived Reading of:**     ☐ Read to Defendant:
       ☒ **Indictment**
       ☐ Information
       ☐ Complaint
       ☒ **Counts: 1-4**

☐ Guilty     ☒ **Not Guilty**
☐ Bond Revoked     ☐ Continued on present conditions     ☐ Release Order executed     ☒ **Remanded to Custody**

☒ **Oral motion by Defendant for Detention Hearing. Oral motion GRANTED.**

☒ **Oral motion by Defendant to continue Detention Hearing. The court grants the continuance.**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: February 12, 2025, at 9:00 a.m. before Judge Crouse in Topeka Courtroom 401.**

☒ **Defendant's next appearance: Detention Hearing on January 21, 2025, at 1:30 p.m. before Judge Schwartz in Topeka Courtroom 404.**

**OTHER:** Defendant appears in person, in custody and with counsel Christopher Joseph. Stephen Hunting appears for the Government on behalf of Jared Maag. Government moves for detention. Defendant requests a continuance of the hearing. The Court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.