**In the United States District Court
for the District of Kansas**

---

Case No. 5:24-cr-40072-TC-1
And
Case No. 5:24-cr-40044-TC-1

---

UNITED STATES OF AMERICA,

*Plaintiff*

v.

LESTER RANDALL,

*Defendant*

---

## NOTICE OF CORRESPONDENCE

The Court received the attached email in connection with the above identified cases on May 27, 2025. The Court will take no further action concerning the attached correspondence.

Date: May 27, 2025        _s/ Toby Crouse_

                                                  Toby Crouse
                                                United States District Judge