| | |
|---|---|
| **From:** | napoleon.crews@ktik-nsn.gov |
| **To:** | KSD_Crouse_Chambers |
| **Cc:** | Maag, Jared (USAKS) |
| **Subject:** | Lester Randall - Change of Plea |
| **Date:** | Tuesday, May 27, 2025 1:56:47 PM |

**CAUTION - EXTERNAL:**

Dear Judge Crouse:

Please excuse this unsolicited email. By the way, my son S. Kato Crews is a Federal Judge in the Colorado District.

Although the Tribe is not a victim in Randall's current case, a few of his Tribal victims would like to express their negative sentiment at his plea or sentencing hearing. Neither Mr. Maag nor I have promised the Tribal Members that you would approve such involvement. I am just seeking approval or not, so that I can communicate to the Tribal members in advance of the hearing and avoid any disruption that would reflect negatively on the Tribe.

Thank you for any consideration that you can give in this matter.

**Napoleon S. Crews**
**Attorney General**
**Kickapoo Tribe in Kansas**
824 111th Drive
Horton, Kansas 66439
Direct Line Cell: (785) 218-8798
Email: napoleon.crews@ktik-nsn.gov

_____

The information contained in this electronic communication and any document attached hereto or transmitted herewith may be attorney-client privileged, work product, or otherwise confidential and intended for the exclusive use of the individual or entity named above. If you are not the intended receiver or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution, or copying of any part thereof is strictly prohibited. If you receive this communication in error, please immediately notify the sender by telephone or by reply email and destroy this communication. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.